UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANDING ORDER RE: DEFAULT PROTECTIVE ORDER
IN COMPLEX CASES FILED BEFORE STEARNS, D.J.

June 1, 2017

STEARNS, D.J.

In complex (such as patent, trade secret, securities fraud) cases where the parties reasonably believe a protective order is necessary to preserve the confidentiality of documents and information produced in discovery, until such a time that the parties propose and the court adopts a stipulated protective order (or present competing proposals for the court's decision), the court will impose the following the default protective order.

Documents and information that either party in good faith believes is confidential may be produced in discovery with the designation "Confidential Pursuant to the Court's Default PO," and until such a time the designation is altered or removed by the parties' agreement or by court order, a so-designated document may only be accessed by the parties' outside counsel and the court and their personnel.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE